UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JIMMIE LEE LAZENBERRY,

    Plaintiff,

v.                                                Case No: 3:13-cv-914-J-39PDB

ALLIED ADJUSTER INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation ("R&R") (Doc. 16) issued by Magistrate Judge Barksdale on May 2, 2014. The R&R recommends the case be dismissed for failure to prosecute. Plaintiff did not file a response. The Court "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a *de novo* review of those findings. See <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993); <u>see also</u> 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions *de novo*. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>United States v. Rice</u>, No. 2:07-mc-8-FtM029SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

For the reasons outlined in the R&R, the Magistrate Judge correctly finds that Plaintiff's case should be dismissed without prejudice for failure to prosecute. Plaintiff has refused to comply with multiple orders of this Court, issued for the orderly and effective management of this case.

Accordingly, after independent review and due consideration, it is

**ORDERED:**

1.     The Magistrate Judge's Report and Recommendation (Doc. 16) is **ADOPTED** as the opinion of the Court.

2.     The Clerk of the Court is directed to **TERMINATE** all pending motions and close the case.

**DONE** and **ORDERED** in Jacksonville, Florida this 21st day of May, 2014.

_____
BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

Counsel of Record
Unrepresented Parties